USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE PAUWELS,<br><br>                Plaintiff,<br><br>      v.<br><br>DELOITTE LLP, DELOITTE TAX LLP, DELOITTE USA LLP, BANK OF NEW YORK MELLON CORPORATION, and THE BANK OF NEW YORK MELLON,<br><br>                Defendants. | No.  19-CV-2313 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Counsel for all parties shall appear for oral argument on the pending motions to dismiss Plaintiff's amended complaint on January 15, 2020 at 2:00 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

Dated:    January 7, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge