# Morgan Lewis

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/20

MEMO ENDORSED

**Jason D. Burns**

+1.212.309.6342
jason.burns@morganlewis.com

January 8, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: ***Pauwels v. Bank of New York Mellon Corporation et al., No. 19-CV-2313-RA***

Dear Judge Abrams:

Our firm represents Defendants The Bank of New York Mellon Corporation and The Bank of New York Mellon (together "BNYM") in the above-referenced action. We write with the consent of all parties to request a brief adjournment of the oral argument on defendants' pending motions to dismiss, which is currently scheduled for January 15, 2020. *See* Dkt. No. 57.

BNYM makes this request in light of its counsel's previously scheduled court appearance in a separate action. The parties have conferred and, if convenient for the Court, are available for a rescheduled appearance on January 22, 23, or 24, 2020. This is BNYM's first request for an adjournment of the oral argument on defendants' motions to dismiss.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jason D. Burns*
Jason D. Burns

*Counsel for BNYM*

cc: All Counsel of Record (*via* ECF)

Application granted. Oral argument is adjourned to January 23, 2020 at 3:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 10, 2020

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921        ☎ +1.215.963.5000
United States        🖷 +1.215.963.5001

DB1/ 110831617.1