UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:   4-5-21

ANDRE PAUWELS,

                Plaintiff,

v.

BANK OF NEW YORK MELLON CORPORATION, *et al.*,

                Defendants.

No. 19-CV-2313 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the parties' April 2, 2021 joint submission, Dkt. 76, it is hereby:

    ORDERED that no later than April 16, 2021, the parties submit a joint letter apprising the Court of the status of their discussion of alternative-dispute resolution as well as a revised case management plan outlining proposed discovery deadlines.

    IT IS FURTHER ORDERED that counsel for all parties appear for a status conference on April 23, 2021 at 4:00 pm.  The Court will hold this conference by telephone.  The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

    IT IS FURTHER ORDERED that Defendant's answer to Plaintiff's second amended complaint be filed no later than April 16, 2021.

SO ORDERED.

Dated:    April 5, 2021
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge