UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE PAUWELS,

                Plaintiff,

      v.

BANK OF NEW YORK MELLON
CORPORATION, *et al.*,

                Defendants.

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 09/09/21 |

19-CV-2313 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the referral to Magistrate Judge Fox for general pretrial purposes, the post-fact-discovery conference originally scheduled for September 10, 2021 at 9:00 a.m. is adjourned *sine die*.

SO ORDERED.

Dated:    September 9, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge