USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANDRE PAUWELS,

                Plaintiff,

     -against-

BANK OF NEW YORK MELLON CORPORATION,
et al.,

                Defendants.

-----------------------------------------------------------------X

19-CV-2313 (RA) (KHP)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic discovery conference is hereby scheduled to take place in the above-captioned action on September 21, 2021 at 11:30 a.m.  Counsel for the parties should call (866) 434-5269, access code: 4858267 at the scheduled time.

     **SO ORDERED.**

Dated: New York, New York
       September 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge