```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 09/20/2021           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

ANDRE PAUWELS,

                                    Plaintiff,                                    **19-CV-2313 (RA) (KHP)**

                    -against-                                                     **ORDER RESCHEDULING**
                                                                                 **DISCOVERY CONFERENCE**

BANK OF NEW YORK MELLON CORPORATION,
et al.,

                                    Defendants.

--------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Discovery Conference scheduled for Tuesday, September 21, 2021 at 11:30 a.m. is

hereby rescheduled to **Thursday, September 30, 2021 at 2:30 p.m.**  Counsel for the parties are

directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866)**

**434-5269, Access code: 4858267**.

        SO ORDERED.

Dated: New York, New York
        September 20, 2021

                                                    _Katharine H Parker_
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge