# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2021

**MEMO ENDORSED**

**Michael L. Banks**
215.963.5387
Michael.banks@morganlewis.com
eFax: 877.432.9652

September 30, 2021

Magistrate Judge Hon. Katherine H. Parker
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

Re:  Pauwels v. BNYM, No. 19-CV-02313

    Defendants The Bank of New York Mellon Corp. and The Bank of New York Mellon in the above-captioned matter respectfully write to request that the discovery conference, currently scheduled for 2:30 p.m. on September 30, 2021 (Dkt. 91) be rescheduled for a later date. Unfortunately, I am unable to attend today's discovery conference due to illness. Defendants notified counsel for Plaintiff that this request would be forthcoming.

Very truly yours,

*/s/ Michael L. Banks/*

Michael L. Banks

MLB/mlb

**APPLICATION GRANTED:**  The telephonic Discovery Conference scheduled on September 30, 2021 at 2:30 p.m. is hereby rescheduled to Tuesday, October 19, 2021 at 3:15 p.m.  Counsel for the parties should call (866) 434-5269, access code: 4858267 at the scheduled time.

**APPLICATION GRANTED**

*/s/ Katharine H. Parker/*

Hon. Katharine H. Parker, U.S.M.J.
09/30/2021

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States
T +1.215.963.5000
F +1.215.963.5001