USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDRE PAUWELS,

                         Plaintiff,

            -against-

BANK OF NEW YORK MELLON CORPORATION,
et al.,

                       Defendants.

-----------------------------------------------------------------X

19-CV-2313 (RA) (KHP)

ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, November 22, 2021 at 3:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

Dated: New York, New York
       November 18, 2021

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge