**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDRÉ PAUWELS,

                Plaintiff,

    -against-                                          19 **CIVIL** 2313 (RA)

## JUDGMENT

THE BANK OF NEW YORK MELLON
CORPORATION, THE BANK OF NEW YORK
MELLON, DELOITTE LLP, DELOITTE USA LLP,
and DELOITTE TAX LLP,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff and Defendants by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed with prejudice, and without an award of costs or fees to any party. Judgment is hereby entered.

**Dated:**  New York, New York
        December 8, 2021

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                         **BY:**
                                                   *K. Mango*

                                                     **Deputy Clerk**