UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRÉ PAUWELS,

                Plaintiff,

        v.

THE BANK OF NEW YORK MELLON
CORPORATION, DELOITTE LLP, DELOITTE USA
LLP, and DELOITTE TAX LLP,

                Defendants.

No. 19-CV-2313 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 6, 2023, the U.S. Court of Appeals for the Second Circuit has reversed the dismissal of Plaintiff's unjust enrichment claim against BNYM. *Pauwels v. Deloitte LLP*, 84 F.4th 171 (2d Cir. 2023). On November 7, 2023, the Second Circuit issued a mandate, remanding the case to this Court for further proceedings. *See* Fed. R. App. P. 41(a). No later than November 22, 2023, Plaintiff and Defendant BNYM shall submit a joint letter proposing next steps in this action.

SO ORDERED.

Dated:    November 7, 2023
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge