UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUWELS,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>                    Defendant. | No. 19-CV-2313 (RA)<br><br>ORDER AND NOTICE<br>OF CONFERENCE |

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that, by December 1, 2023, the parties shall jointly submit on ECF a revised proposed version of the Court's case management plan and scheduling order.

IT IS FURTHER ORDERED that counsel for all parties appear for a status conference on December 6, 2023 at 12:30 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

IT IS FURTHER ORDERED that Defendant BNYM shall file its Amended Answer to the Second Amended Complaint by no later than December 6, 2023.

SO ORDERED.

Dated:    November 27, 2023
               New York, New York

                                                        Ronnie Abrams
                                                      United States District Judge