UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUWELS,

                    Plaintiff,

          v.                                No. 19-CV-2313 (RA)

BANK OF NEW YORK MELLON                      ORDER
CORPORATION *et al.*

                    Defendants.

RONNIE ABRAMS, United States District Judge:

      Consistent with Judge Parker's February 29, 2024 order granting an extension of time to complete fact discovery, a post-fact discovery conference is hereby scheduled for June 14, 2024 at 2:00 p.m. Unless the parties indicate an alternative preference, the conference will occur telephonically. Call-In Number: (888) 363-4749; Access Code: 1015508#.

      No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:     March 13, 2024
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge