UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE PAUWELS,<br><br>                            Plaintiff,<br><br>              v.<br><br>BANK OF NEW YORK MELLON CORPORATION and THE BANK OF NEW YORK MELLON,<br><br>                          Defendants. | No. 19-cv-2313 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On July 8, 2025, the Court denied Defendants' motion for summary judgment. *See* Dkt. No. 179. No later than July 18, 2025, the parties shall submit a joint letter (1) proposing a briefing schedule on the issue of whether Plaintiff's sole remaining claim for unjust enrichment shall be tried by a jury or bench trial, (2) proposing trial dates, and (3) stating whether the parties would like a referral to a magistrate judge or the Court-annexed mediation program for a settlement conference.

SO ORDERED.

Dated:     July 9, 2025
              New York, New York

                                                                  Ronnie Abrams
                                                                   United States District Judge