UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE PAUWELS, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF NEW YORK MELLON CORPORATION and THE BANK OF NEW YORK MELLON, <br><br> Defendants. | No. 19-cv-2313 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed during today's teleconference, trial in this matter will commence on November 10, 2025. The parties shall appear for a final pretrial conference on November 6, 2025 at 2:00 p.m. in Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. The parties shall file any *Daubert* motions by September 26, 2025, any oppositions by October 3 and any replies by October 10. They shall further file all pretrial materials, *see* Individual Civil Rule 6, by October 23, 2025 and any oppositions by October 30.

SO ORDERED.

Dated:  August 5, 2025
       New York, New York

_____
Ronnie Abrams
United States District Judge