
Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDRÉ PAUWELS,

        Plaintiff,

   v.

THE BANK OF NEW YORK MELLON
CORPORATION, and THE BANK OF NEW YORK
MELLON,

        Defendants.

Case No. 1:19-cv-02313-RA

JURY TRIAL REQUESTED

**EXPERT REPORT OF SLIM BENTAMI**

July 31st, 2024

# TABLE OF CONTENTS

I.    ASSIGNMENT AND SCOPE ................................................................................ 1

II.    QUALIFICATIONS ........................................................................................... 1

III.    SUMMARY OF OPINIONS ............................................................................. 2

IV.    BACKGROUND – KEY EVENTS AND EVENTS TIMELINE ....................................... 3

V.    BASIS FOR MY OPINIONS. ............................................................................. 5

    A.    General description on how banking institutions developed and use complex models to support their investment decisions, risk management, stress tests, as well as keeping such models relevant, accurate, and up to date................................................................................. 5

    B.    Pauwels Model: Description and Analysis...................................................... 7

VI.    OPINIONS. ................................................................................................. 10

    A.    The Pauwels Model provides broad and deep quantitative capabilities to wind farm tax equity investors allowing them to (1) make investment decisions; and (2) to account for and manage investments.  The complexity of the Pauwels Model and the impact of its use by BNYM would require that a team of experienced quantitative professionals and subject matter experts be dedicated to building and maintaining such model to the highest standard of practice. ........................................................................................................ 10

    B.    I estimate the cost of building a model equivalent in coverage and capabilities to the Pauwels model from scratch to such standard of practice, to be between $4.68 million and $6.24 million. .......................................................................................... 11

    C.    I estimate the cost of maintaining such a model, including ensuring its ongoing accuracy, performance and fitness for purpose; as well as compliance with internal and external controls to be between $468,000 and $624,000 per annum. ....................................... 13

APPENDIX A. CURRICULUM VITAE OF SLIM BENTAMI ................................................. 15

APPENDIX B. DOCUMENTS REVIEWED ........................................................................ 18

EXHIBIT 1. REPLACEMENT COST ................................................................................ 23

EXHIBIT 2. PAUWELS INVOICES SUMMARY ................................................................. 24

EXHIBIT 3. BNY_0000000386 ................................................................................. 25

## I.     ASSIGNMENT AND SCOPE

1.     I, Slim Bentami, have been retained by Boies Schiller Flexner, LLP ("Law Firm") on behalf of Andre Pauwels ("Plaintiff") to: (1) review and assess the complexity of the valuation and investment model and spreadsheet models developed by the Plaintiff ("Pauwels Model") as well as the efforts and expertise behind developing an equivalent and/or replacement for the Pauwels Model; (2) assess the cost of developing a model equivalent to the Pauwels Model from scratch that would enable a third party such as the Bank of New York Mellon ("BNYM") to perform its investment activities in alternative energy projects, more specifically windfarm investment projects, while benefiting from the same level of accuracy and capacity as the Pauwels Model, including with respect to correctly and fully capturing and representing the complexity of transactions, as well as the complex tax investment benefits that such investment opportunities enjoyed and that were critical when making the decision to invest; and (3) assess the cost of maintaining an equivalent model to the Pauwels Model and keeping the various model spreadsheets up to date with market investments and new developments.

## II.    QUALIFICATIONS

2.     I am a Managing Director with SEDA Experts, LLC ("SEDA"). SEDA provides financial and economic consulting services to law firms, banks, insurance companies, pension funds, endowments, and foundations. Prior to joining SEDA, I was the Head of Analytics & AI at a cloud governance software startup. I was tasked with designing an analytical framework to monitor, as well as risk manage cloud usage, by applying quantitative risk management approaches developed in the finance industry.

3.     I spent 25 years in the Risk Division at Goldman Sachs where I last co-led the Market Risk and headed the Market Risk & Capital Quantification groups. I engineered the latter group to be the firm's authoritative source for all market risk and capital numbers consumed by senior leadership, risk committees, boards of directors, and regulators worldwide.

4.     Prior to that role, I was the long serving head, and co-founder, of the Model Risk group at Goldman Sachs, responsible for ensuring that the models used by the firm were fit for purpose and error free; starting with models used to assist with the valuation of Over-the-Counter

(OTC) derivatives, and extending over time to a very broad scope of model uses (risk management, capital, etc.).

5.      In the leadup to the 2007-2008 financial crisis, I took on and re-engineered the Market Risk Modeling group responsible for the market risk and capital measurement models; I was simultaneously tasked with creating a Controllers Modeling group responsible for the analytics used for systematic independent price verification.

6.      I served on the Risk Governance, Stress Testing, Model Risk Control, and Operational Risk firmwide committees. I co-chaired the Market Risk's Operating Committee, was the Market Risk lead for CCAR, as well as the Firm's project leader for FRTB. I was promoted to Managing Director in 2004.

7.      Prior to my tenure at Goldman Sachs, I was CAO and CIO of a subsidiary of the Caisse des dépôts et consignations (CDC) in Paris set up to refinance public housing loans.

8.      A copy of my curriculum vitae is attached to this Report as **Appendix A**.  A list of documents and information that I have considered and reviewed in connection with this engagement is attached as **Appendix B**.  As to the documents listed in Appendix B, I believe it is appropriate and reasonable to rely on these materials in my analysis.

9.      In creating this report, I worked with a colleague at SEDA Experts under my direction and control.  SEDA Experts is being compensated at a rate of $750 per hour for my time. Neither SEDA's nor my compensation is contingent on the conclusions reached in this report or the outcome of this litigation.  My total fee will depend only on the hours expended by me and those working under my direction.

## III.     SUMMARY OF OPINIONS

10.      Based on my analysis to date, as well as my education and experience, I conclude as follows:

a.      The Pauwels Model provides broad and deep quantitative capabilities to wind farm tax equity investors allowing them to (1) make investment decisions; and (2) to account for and manage investments.  The complexity of the Pauwels Model and the impact of its use by BNYM would require that a team of experienced quantitative

professionals and subject matter experts be dedicated to building and maintaining such model to the highest standard of practice.

b.  I estimate the cost of building a model equivalent in coverage and capabilities to the Pauwels Model from scratch to the aforementioned standard of practice, to be between $4.68 million and $6.24 million.

c.  I estimate the cost of maintaining such a model, including ensuring its ongoing accuracy, performance and fitness for purpose; as well as compliance with internal and external controls to be between $468,000 and $624,000 per annum.

11.  My opinions, and the bases for my opinions, are presented in this report and the attached appendices and exhibits.  I offer no legal opinions in my reports.  I hold all my opinions as provided in this report to a reasonable degree of professional certainty.  My work on this matter is ongoing, and I reserve the right to supplement or amend my report should new information become available or to respond to the opinions and analyses offered by BNYM's expert(s).  I am prepared to testify at trial on the topics discussed in this report and to provide any additional relevant background. I also may use at trial certain demonstrative exhibits if and as necessary to illustrate and support the concepts described in this report.

## IV.  BACKGROUND – KEY EVENTS AND EVENTS TIMELINE

12.  Andre Pauwels ("Plaintiff" or "Mr. Pauwels"), maintained an independent contractor relationship with BNYM starting as early as 2009 and ending on or around May 2018.[1,2]

13.  Initially, Mr. Pauwels was asked to provide analytical services on a deal-by-deal basis to BNYM, including but not limited to assisting with the valuation and deal terms for certain investments made by BNYM.  In order to provide this analysis, Mr. Pauwels had to develop and build complex financial models as a tool to help him analyze such investment decisions as well as provide ongoing monitoring services for such investments.[3]

---

[1] See Andre Pauwels Deposition Transcript, May 9, 2024, (the "Pauwels Deposition"), Pg. 25.
[2] See Reza Sarmasti Deposition Transcript, May 31, 2023, (the "Sarmasti Deposition"), Pgs. 23-24.
[3] See Sarmasti Deposition, Pg. 35.

14.     Starting in or around March 2014, BNYM approach Mr. Pauwels to value a potential investment in the alternative energy space, more specifically, a windfarm project.[4]

15.     To help him provide analysis and feedback to BNYM for valuing and monitoring investments in connection with alternative energy, *i.e.*, windfarms specifically, Mr. Pauwels had to develop a proprietary model ("Pauwels Model") and respective spreadsheet implementations to serve as tools for him to address all the complexity and specific attributes of individual investments in windfarm projects.[5]

16.     Between 2014 and 2018, Mr. Pauwels created models and provided analysis to BNYM in connection with more than 20 alternative energy investments, *i.e.*, wind farms, resulting in at least 12 different spreadsheet models, as well as ongoing monitoring of such investment by constantly working on updating his model for existing investments that were originally modeled and valued by him through the use of Pauwels Model.[6]

17.     The lifespan of each of the windfarm investments made by BNYM averaged 10 to 14 years, meaning that the Pauwels Model and respective spreadsheet implementations would need to be used by Mr. Pauwels to track original investments for 10 to 14 years, and updated accordingly if needed.[7]

18.     It is my understanding, based on the pleadings in this case, deposition of Reza Sarmasti, deposition of Andre Pauwels, and materials represented to me by counsel that Mr. Pauwels sent some version of his model spreadsheets to at least 3 different people at BNYM.[8]

19.     In late 2016, BNYM informed Mr. Pauwels that Deloitte had been hired to audit the bank's procedures in connection with the analysis of investments in wind farms as well as monitoring and tracking the windfarm investments. Mr. Pauwels was asked to stop the investment monitoring services that he had previously provided to BNYM.[9]

---

[4] See Sarmasti Deposition, Pgs. 25.
[5] See Sarmasti Deposition, Pgs. 34-37. See also example of Pauwels Model Spreadsheet, Exhibit 3.
[6] See Sarmasti Deposition, Pgs. 39-43.
[7] See Sarmasti Deposition, Pgs. 43-44.
[8] See various references to Reza Sarmasti, Laura Hegedus, and Martin Ruckel in Sarmasti Deposition.
[9] See Reza Sarmasti Deposition Transcript Pgs. 77 and 81.

20.     Mr. Pauwels continued to model new alternative energy investment, more specifically investments in wind farms. He continued to provide his analysis to BNYM through May 2018, when his relationship with BNYM terminated.

21.     Based on the invoices issued by Mr. Pauwels to account for all work performed in connection with the wind farm investment, for the period between 2014 and 2018, provided to me, Mr. Pauwels charged approximately 2.1 million GBP.[10]

## V.     BASIS FOR MY OPINIONS.

### A.  General description on how banking institutions developed and use complex models to support their investment decisions, risk management, stress tests, as well as keeping such models relevant, accurate, and up to date.

22.     Banking organizations use models in the course of many of their activities. Analyzing business strategies, informing business decisions, measuring risks, valuing exposures, instruments or positions, conducting scenario analysis or stress tests, assessing adequacy of capital, managing client assets, measuring compliance with internal limits, maintaining the formal control apparatus of the bank, or meeting financial or regulatory reporting requirements and issuing public disclosures might require the use of models, understood here to refer to a quantitative method, system or approach that applies statistical, economic, financial or mathematical theories, techniques or assumptions to process input data into quantitative estimates.

23.     Using models carries inherent risks which arise from the potential for adverse consequences from decisions based on incorrect or misused model output. These consequences can include financial loss, poor business and strategic decision making, or damage to reputation. Such consequences may arise primarily for two reasons: (1) a model may have fundamental errors and produce inaccurate outputs when viewed against its design objective and intended business uses; or (2) a model may be used incorrectly or inappropriately or there may be a misunderstanding about its limitations and assumptions.

---

[10] See Summary of Andre Pauwels Invoices (Exhibit 2).

24.     The inherent risks associated with using models increase with greater model complexity, higher uncertainty about inputs and assumptions, broader extent of use, and larger potential impact.

25.     Such risks can be mitigated by disciplined model development and maintenance practices, independent validation, and usage controls. Banking organizations typically have firmwide frameworks to govern controls over model related activities.

26.     Banking organizations have recognized that model-related activities often require common, specialized skillsets combining subject matter expertise (*e.g.*, trading, corporate finance, tax, etc.), expertise in one or more quantitative disciplines (*e.g.*, physics, mathematics, statistics, etc.), and expertise in computer science. This recognition can be functional: "Quants" or "Strats" have emerged as a well-defined profession in the banking industry over the past 30 years or so and have their own segment of the banking job market, with specific seniority and compensation benchmarks. This recognition is also organizational where banking organizations maintain departments responsible for model development, maintenance, validation, and usage governance.

27.     Developing a model from scratch all the way through production and ongoing tracking and monitoring takes several stages, such as development, testing, user acceptance, incorporation into enterprise systems, data feeds, model governance, and other internal controls, production, etc.

28.     A model lifecycle would typically include broadly distinguishable phases: (1) a modeling phase where the problems to solve and the possible solutions are stated, derived, chosen and fully specified; (2) an implementation phase where software is built that implements the output of the modeling phase into the institution's chosen enterprise system; (3) a promotion to production phase where the implemented model is incorporated into the enterprise systems and processes that the model will operate under during its lifetime; and (4) a production phase where the model operates as part of the organization's operating apparatus, including ensuring it continues to operate as intended.

29.     Each broad model lifecycle phase would have to incorporate the organizations' functional requirements as well. The quantitative modeling function would be involved throughout

and drive the work. Similarly, the internal controls apparatus would be involved at every phase. Enterprise systems technology would be principally involved starting in the implementation phase, crucially in the promotion to production phase and in the production phase. End users of the model outputs would also be identified upfront and involved throughout, including at the end of the modeling phase where solutions are evaluated and chosen, towards the end of the implementation phase where interfaces and enterprise systems and processes are determined, and throughout the production phase. The organization's control apparatus would be involved throughout, including risk and internal audit functions as well as other enterprise functions as appropriate (accounting and tax policy, risk management, statutory auditors, and regulators among others).

### B. Pauwels Model: Description and Analysis.

30.     The Pauwels Model was developed to help provide analysis to support investment decisions as well as tracking and monitoring of windfarm investments, specifically so-called tax equity investments—which is a part of the capital structure designed to allocate to its investors tax benefits associated with the building and operation of wind farms.[11] An important feature of such investments is that the capital structure changes when the cumulative return of the tax equity investment reaches a certain pre-defined level.[12] This feature in particular makes the use of detailed forecasting cash flow models necessary for the financial, tax and accounting assessment and reporting of these investments.

31.     For each windfarm investment opportunity presented to BNYM, a base model would be provided by the transaction's sponsor to potential investors. The Pauwels Model allowed Mr. Pauwels to advise BNYM about its investment decisions without having to solely rely on the transaction's sponsor model and respective representations and assumptions. The Pauwels Model allowed BNYM, through Mr. Pauwels' analysis, to independently assess the investment opportunity and, after the closing of such an investment, to receive tracking and monitoring information, thereby assisting in the accounting and risk management of such investments. It is important to note that the transaction sponsor's model does not provide the accounting and risk management capabilities that the Pauwels Model provides, whether in its pre-investment or post investment uses. These differences are most notable in the Pauwels Model's aging capabilities, the

---

[11] See Reza Sarmasti Deposition Transcript Pgs. 34-37, Andre Pauwels Deposition Transcript Pg. 54, 107, 110.
[12] See Reza Sarmasti Deposition Transcript Pg. 56.

provision of "HLBV" (Hypothetical Liquidation Book Value) required to account for the tax investment in BNYM profit and loss and balance sheet, and scenario analyses capabilities.

32.     The development and building of the Pauwels Model and respective spreadsheet implementations for each of the investment transactions took on average, 6 months each.[13] It was during those months that the heavy lifting in terms of developing and building a model that could assist with the investment decision as well as to track and monitor the investment, was done. This did not only include the development of the model from a modeling perspective, but also negotiation and discussion of the various assumptions, attributes, features, tax rules, tax implications, etc.

33.     As used by Mr. Pauwels, the Pauwels Model allowed for the modeling of 22 different windfarms, grouped in 12 different investments BNYM performed in 2014, 2015, 2016 and 2017.[14] The Pauwels Model incorporates all features of these capital structures required to simulate future tax equity investor cash flows and tax credit benefits under a base case scenario of wind energy production and revenue. Each windfarm requires production and revenue scenarios throughout the life of the investment, expected to be between 10 and 14 years typically but in certain performance conditions can be required for 30 years or more.[15] These production and revenue scenarios in turn are processed through a complex set of cash flow and tax credit "waterfall" rules in order to determine eventual tax equity investor benefits and cash flows. These rules and benefits implement highly specialized tax code interpretations and require deep tax law and tax accounting expertise to ensure accuracy and completeness. These rules and benefits also implement various contingent features regarding guaranteed levels of production, power purchasing agreements, etc.[16]

34.     The Pauwels Model also allows for the tracking of such investments once on the balance sheet of BNYM. The Pauwels Model can track the actual investment's cash flows and tax

---

[13] See Reza Sarmasti Deposition Transcript Pgs. 43.
[14] See Reza Sarmasti Deposition Transcript Pgs. 39-43.
[15] See Reza Sarmasti Deposition Transcript Pgs. 43.
[16] See Andre Pauwels Deposition Transcript, May 9, 2024, Pg. 45, 46 and 175. Reza Sarmasti Deposition Transcript Pgs. 55, 216, 222, 240, 247, 276, and Exhibit 3.

benefits life to date and add to it the projected cash flow calculations in order to accurately account for and manage the investment over its lifetime.

35.     This is important given the "path-dependent" character of these investments.  That is, the accuracy of the financial, tax or accounting estimates for such investments at any point in time depends on the accuracy of all the cash flows and tax benefits from inception to the date of calculation of these estimates. Equally the accuracy of these estimates will depend on the accuracy of the application of all "waterfall" rules and other contingent features of the particular investment and investment capital structure.

36.     The Pauwels Model also provides risk management capabilities. It can incorporate different power production projection scenarios in order to perform scenario analyses. It also provides quantitative information regarding unhedged future production, among other things.

37.     The Pauwels Model is implemented in the form of Excel spreadsheets. I have examined one such spreadsheet in detail with respect to an investment referred to as COSMOS.[17] There are 12 tabs in this spreadsheet with an organization I would describe as follows: (1) 8 tabs containing inputs relative to power production, operating cash flows, depreciation, turbine availability and guaranteed availability data; and (2) 4 tabs containing actual and calculated project cash flows, tax equity investment cash flows and return calculations, tax and capital account calculations and accounting information "HLBV" (Hypothetical Liquidation Book Value) required to account for the tax investment in BNYM Profit and Loss and Balance Sheet. Each tab contains a large number of active cells and formulas. The projected project cash flow tab for example has about 450 lines and about 360 columns which is considerable.

38.     The Pauwels Model's complexity is a function of the size of the data set required and of the rule set to apply to this data set. This is different from the mathematical complexity arising from derivatives valuation or market risk measurement models, for example. Such complexity is nevertheless a good predictor of the higher level of risk associated with incorrect or misused model output from the Pauwels Model.

---

[17] See Exhibit 3.

39.     The uncertainty of inputs or assumptions within the Pauwels model is a function of the accuracy and completeness of the representation of (1) a windfarm set of cash flows and tax benefits; and (2) the tax equity investment resulting set of cash flows and tax benefits. This is different from the uncertainty of inputs (*e.g.*, what is a correlation or volatility input?) or assumptions (*e.g.*, what future probabilistic process will interest rates follow in the future?) encountered with derivatives valuation or market risk management for example. Such uncertainty is nevertheless also a good predictor of the higher level of risk associated with incorrect or misused model output from the Pauwels Model.

40.     The aggregate amounts invested by BNYM under the Pauwels model is about $1.8 billion. This indicates also a high level of risk associated with incorrect or misused model output from the Pauwels Model.

## VI.     OPINIONS.

**A.  The Pauwels Model provides broad and deep quantitative capabilities to wind farm tax equity investors allowing them to (1) make investment decisions; and (2) to account for and manage investments.  The complexity of the Pauwels Model and the impact of its use by BNYM would require that a team of experienced quantitative professionals and subject matter experts be dedicated to building and maintaining such model to the highest standard of practice.**

41.     Based on my experience and analysis, it is my opinion that the development, maintenance and use of the Pauwels Model by a banking organization such as BNYM would have to be made according to the highest standard of practice. In particular it would have to involve dedicated modeling professionals and be done in line with the internal controls apparatus appropriate to high-risk model uses. Additionally, I would expect the use of the model in books and records related activities to require additional, specific and periodic controls activities (*e.g.*, internal or external auditing activities).

42.     Much of the attributes, features, and assumptions embedded and built into each of the Pauwels Model spreadsheets were modeled based on extensive discussions and negotiations with the investment transaction sponsors, and Mr. Pauwels' own contribution and knowledge that

came from his industry experience and cumulative knowledge and understanding of the complex ins and outs built into windfarm investment transactions.

43.     An alternative team of quantitative and industry professionals, if asked to build and develop an equivalent model to the Pauwels Model from scratch without the benefit of the Pauwels Model, meaning, a model that would ultimately (1) be ready and available to BNYM to keep monitoring, tracking, and assist in the accounting and risk management of all its investments and (2) allow BNYM to challenge the sponsor's base model if needed and when needed, would not only take modeling and business skills and knowledge, but would also demand knowledge and understanding of all discussions and negotiations with the various transactions' sponsors that ended up built into the Pauwels Model spreadsheets.

44.     The above points all assume the model related activities would be performed internally by BNYM, and this is not claimed as a requirement. BNYM may, for example, choose to engage third party vendors to perform all or part of the model lifecycle activities. However, if BNYM did choose a third-party vendor to build a model comparable to the Pauwels Model, such a third-party vendor would have to perform its activities demonstrably to the same high standard of practice.

**B.  I estimate the cost of building a model equivalent in coverage and capabilities to the Pauwels model from scratch to such standard of practice, to be between $4.68 million and $6.24 million.**

45.     Andre Pauwels developed the Pauwels model over the duration of his time working with BNYM on windfarm investments, which started in March 2014 and ended in May 2018. I understand that he spent between 36 and 48 months during this period on the development of the Pauwels Model only, excluding other work. Invoices indicate Andre Pauwels spent very little elapsed time on monitoring activities (referred in the invoices as "operations") and some time on advisory and negotiation assistance to BNYM.[18]

46.     Based on my experience and analysis, I would expect a team of quantitative modeling professionals of various levels to be dedicated to the development of a Pauwels Model equivalent from scratch. In my opinion, such a team would likely consist of (1) one Managing

---

[18] See various Pauwels invoices (Exhibit 2).

Director ("MD") level person experienced with this type of investment; (2) two senior Vice President ("VP") level persons experienced with this type of investment as well as with enterprise systems and processes; and (3) three Associate level staff who would perform the brunt of the development. Such staff would typically be part of a structuring modeling team and/or quantitative development team. The necessity for three associate-level staff follows from the need for redundancy and for cross-validation of work. This team will be used as the "hybrid" equivalent of Andre Pauwels for the purpose of this estimation. One hour of Andre Pauwels' work will be translated into one hour of this "hybrid equivalent" and the cost taken as an input to the replication cost estimation.[19]

47.     On the end user side, and based on my experience and analysis, I would expect one VP level full-time tax accounting employee to work on this project for user acceptance and assumption/input validation. This was the case during the period under consideration.[20]

48.     Further, based on my experience and analysis, I estimate the upfront controls additional costs to be 10% of the staff cost estimated to be necessary for the development of the model. I estimate an additional 30% of the staff cost to account for non-compensation expenses.[21]

49.     Finally, based on my experience and analysis, I estimated the following compensation costs for the staff levels indicated:

   a.   Structuring MD—$1,500,000 per annum total compensation cost ("PATC");

   b.   Structuring/Quant VP—$750,000 PATC; and

   c.   Quant/Dev Associate and Tax Accounting VP—$300,000 PATC.[22]

50.     The corresponding cost per working hour of the quantitative team is therefore $438 per hour, and the corresponding cost per working hour of the user side is $188 per hour. The total cost per working hour is $625.

---

[19] See Exhibit 1 (Replacement Cost Analysis).
[20] See Exhibit 1 (Replacement Cost Analysis).
[21] See Exhibit 1 (Replacement Cost Analysis).
[22] See Exhibit 1 (Replacement Cost Analysis).

51.     The total worked hours are between 36 months and 48 months, with an added "slippage factor" of 20% to account for the facts that: (1) developing such a model within an enterprise system and processes takes longer than implementing spreadsheets; (2) The experience and skillset of Andre Pauwels is not going to be replicated upfront even with a senior team of quantitative professionals as I would expect to be dedicated to this work; and (3) other reasonably expected delays due to tasks taking longer than expected, resolving unforeseen issues and other typical factors affecting a project of this size and complexity.

52.     Thus, based on my experience and analysis, I estimate that cost of building a model equivalent in coverage and capabilities to the Pauwels model from scratch to be a range between $4,680,000 and $6,240,000.

**C. I estimate the cost of maintaining such a model, including ensuring its ongoing accuracy, performance and fitness for purpose; as well as compliance with internal and external controls to be between $468,000 and $624,000 per annum.**

53.     Once developed and promoted to the enterprise systems and processes, the model replicating the Pauwels Model will be used to assist in the management of and in the tax and GAAP accounting of all the investments it supports. This represents multiple usage points over the life of such investments, at a minimum monthly and yearly uses for investments designed to last 10 to 15 years.  Such usage points will typically require manual work to review, collect and track supporting evidence, and to vet model outputs.

54.     Similarly, the model replicating the Pauwels Model will represent the evolution over time of all inputs impacting the investment. This includes actual power production, cash flows, triggering of various contingent features (for example, guaranteed production insurance features). These also typically represent manual intensive usage points to review, evidence, and vetting.

55.     The enterprise internal and external controls will also add to that multiple manual intensive usage points through reviews, audits or examinations over time.

56.     Enterprise systems are constantly evolving to accommodate underlying technology changes, ongoing functionality changes, and to manage technical risk.  This evolution can and sometimes will result in unpredictable side effects which will impact a model replicating the

Pauwels Model in unpredictable ways and will require manual intensive work to elucidate and to implement corrective action.

57.     Such work will functionally require the intervention of the same parties necessary to the development of the model. Typically, the modeling and the user teams will maintain one or several accountable parties at all times to be able to be called in any of the manual points described above.

58.     The timing and nature of the maintenance work is in part uncertain as described above. However, based on my experience and analysis, I estimate that the allocation of one Associate level professional in the Quant team and one third of a VP level on the User team to be a reasonable base case for resources required to perform such maintenance work. Using the same estimation inputs as for the calculation of the replication cost, this would add 10% to the cost per working hour. Applying this percentage to the cost of replicating the Pauwels model, I estimate the ongoing maintenance to be between $468,000 and $624,000 per annum.

_____
**Slim Bentami**

# APPENDIX A. CURRICULUM VITAE OF SLIM BENTAMI



**Slim Bentami**

Managing Director, SEDA Experts, LLC

1185 Avenue of the Americas

New York, NY 10036

[sbentami@sedaexperts.com](mailto:sbentami@sedaexperts.com)

Proven track record of engineering, building, running, and representing – to risk takers, C-suite, regulators, auditors, and clients – global quantitative risk functions (up to 200+ quants in multiple regions). Such functions were effective and highly regarded in the industry.

## EXPERIENCE

**SEDA Experts (New York)**

Managing Director / August 2022 – Present:

Financial services expert witness.

**Concourse Labs (New York)**

Head of Analytics & AI / May 2019 – January 2022:

In a cloud governance software startup, I was tasked with building the analytics framework to describe, predict or prescribe user or entity behavior: Identify and measure risks; detect potentially anomalies; and propose corrective action. (Analytics coded by me in R).

**Goldman Sachs & Co. (New York, London)**

Committee memberships: Risk Governance, Stress Testing, Model Risk Control, and Operational Risk committees.

<u>Additional assignments</u>: Market Risk lead for CCAR. Firm project lead for FRTB.

MD, Global Head, Market Risk and Capital Quantification / March 2015 – May 2018:

(200+ quants in 5 locations)

Engineered a new group to be the firm's authoritative source for all market risk and market risk capital measures. Solely responsible for all official market risk and capital numbers consumed by senior leadership, risk committees, board of directors and regulators worldwide. Designed and implemented an exception based, data driven, systematic approach. Transformed a near-failing set of quantification practices into a reliable, accurate, scalable and efficient department. Co-chair of market risk's operating committee.

**Goldman Sachs & Co. (New York, London) - Continued**

**MD, Global Head, Model Risk, Market Risk & Controllers Modeling / Jan 2008 – March 2015:**

(120+ quants in 4 locations)

Lead the SR 11-7 overhaul of model risk management principles and practice. Responsible for getting the FRBNY to approve market risk capital models post GFC (and Goldman Sachs becoming a bank holding company) – all in one year. Re-engineered the market risk modeling function from a paper producing outfit into a modern `Strat' like department. Creation of the controllers modeling function to build analytics for systematic independent price verification.

MD, Global Head, Model Risk / Jan 2005 – Jan 2008:

(25+ quants in 3 locations)

Design and implementation of the first firm wide model control policy focused on models used to risk manage and to assist fair valuation of OTC derivatives. Systematic, preventative and test-based approach to model validation and usage.

VP, Associate / Oct 1993 – Dec 2004:

Global Head of Model Risk (2002 – 2004). EMEA Head of Model Risk (London 1999 – 2002). Model Risk (1995-1999). Internal Audit (1993 – 1995).

**Caisse des Depots et Consignations Subsidiary (Paris)**

CAO & CIO / Oct 1986 – Oct 1993

**Universite Paris IX Dauphine (Paris)**

Adjunct Professor in Fixed Income Analytics / 1991 – 1993

**EDUCATION**

Ecole Superieure d'Electricite – Electrical Engineering / 1986

# APPENDIX B. DOCUMENTS REVIEWED

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, ANDRÉ PAUWELS, Plaintiff, THE BANK OF NEW YORK, MELLON, DELOITTE LLP, DELOITTE USA LLP, and DELOITTE TAX LLP Defendants, Case No. 1:19-CV-02313-RA, SECOND AMENDED COMPLAINT, THE BANK OF NEW YORK MELLON, JURY TRIAL DEMANDED CORPORATION.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, Civil Action No.19-cv-2313(RA)(KHP), ANDRE PAUWELS, Plaintiff, THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, DELOITTE LLP, DELOITTE USA LLP, AND DELOITTE TAX LLP, Defendants, May 31, 2023, ROUGH ASCII VIDEOTAPED REMOTE VIRTUAL DEPOSITION of REZA SARMASTI, taken by Plaintiff, pursuant to 30(b)(6) Notice of Deposition.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, Civil Action No.19-cv-2313(RA)(KHP), ANDRE PAUWELS, Plaintiff, THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, DELOITTE LLP, DELOITTE USA LLP, AND DELOITTE TAX LLP, Defendants, May 31, 2023, DEPOSITION of the Plaintiff, ANDRE PAUWELS, taken by the Defendant, pursuant to a Court Order, held via videoconference, before Rivka Trop, a Notary Public of the State of New York.

BNY_0000000238

BNY_0000000240

BNY_0000000256

BNY_0000000262

BNY_0000000385

BNY_0000000386

BNY_0000001235

BNY_0000001236

BNY_0000001294

BNY_0000001533

BNY_002048

BNY_002049

PAUWELS_000250

PAUWELS_000251

PAUWELS_000252

PAUWELS_000253

PAUWELS_000254

PAUWELS_000255

PAUWELS_000256

PAUWELS_000257

PAUWELS_000258

PAUWELS_000259

PAUWELS_000260

PAUWELS_000261

PAUWELS_000262

PAUWELS_000263

PAUWELS_000264

PAUWELS_000265

PAUWELS_000266

PAUWELS_000267

PAUWELS_000268

PAUWELS_000269

PAUWELS_000270

PAUWELS_000271

PAUWELS_000272

PAUWELS_000273

PAUWELS_000274

PAUWELS_000275

PAUWELS_000276

PAUWELS_000277

PAUWELS_000278

PAUWELS_000279

PAUWELS_000280

PAUWELS_000281

PAUWELS_000282

PAUWELS_000283

PAUWELS_000284

PAUWELS_000285

PAUWELS_000286

PAUWELS_000287

PAUWELS_000288

PAUWELS_000289

PAUWELS_000290

PAUWELS_000291

PAUWELS_000292

PAUWELS_000293

PAUWELS_000294

PAUWELS_000295

PAUWELS_000296

PAUWELS_000297

PAUWELS_000298

PAUWELS_000299

PAUWELS_000300

PAUWELS_000301

PAUWELS_000302

PAUWELS_000303

PAUWELS_000304

PAUWELS_000305

PAUWELS_000306

PAUWELS_000307

PAUWELS_000308

PAUWELS_000309

PAUWELS_000310

PAUWELS_000311

PAUWELS_000312

PAUWELS_000313

PAUWELS_000314

PAUWELS_000315

PAUWELS_000316

PAUWELS_000317

PAUWELS_000318

PAUWELS_000319

PAUWELS_000320

PAUWELS_000321

PAUWELS_000322

PAUWELS_000323

PAUWELS_000324

PAUWELS_000325

PAUWELS_000326

PAUWELS_000327

PAUWELS_000328

PAUWELS_000329

PAUWELS_000330

# EXHIBIT 1. REPLACEMENT COST

**Bank (model development).**

**Quant Team**

Composition and Compensation Costs:

| Level | Proportion | Count | Effective Count | Annual | | Per Hour | |
|---|---|---|---|---|---|---|---|
| Strat MD | 100% | 1 | 1.00 | $ | 1,500,000 | $ | 721 |
| Strat/Dev VP | 100% | 2 | 2.00 | $ | 750,000 | $ | 361 |
| Dev/Strat Associate | 100% | 3 | 3.00 | $ | 300,000 | $ | 144 |
| | | | | | | | |
| Per elapsed time unit | | | 6.00 | $ | 3,900,000 | $ | 1,875 |
| Per work time unit | | | 1.00 | $ | 650,000 | $ | 313 |
| | | | | | | | |
| Other Costs: | | | | | | | |
| Controls | 10% | | | $ | 65,000 | $ | 31 |
| Non Compensation Costs | 30% | | | $ | 195,000 | $ | 94 |
| | | | | | | | |
| **Total Quant Development Cost:** | | | | $ | 910,000 | $ | 438 |

**User/UAT Team**

Composition and Compensation Costs:

| Level | Proportion | Count | Effective Count | Annual | | Per Hour | |
|---|---|---|---|---|---|---|---|
| TaxAcct MD | 0% | 1 | 0.00 | $ | 750,000 | $ | 361 |
| TaxAcct VP | 100% | 1 | 1.00 | $ | 300,000 | $ | 144 |
| | | | | | | | |
| Per work time unit | | | | $ | 300,000 | $ | 144 |
| | | | | | | | |
| Other Costs: | | | | | | | |
| Non Compensation Costs | 30% | | | $ | 90,000 | $ | 43 |
| | | | | | | | |
| Total User/UAT Development Cost | | | | $ | 390,000 | $ | 188 |
| | | | | | | | |
| **Total Development Cost** | | | | $ | 1,300,000 | $ | 625 |
| | | | | | | | |
| **Slippage** | 20% | | | $ | 260,000 | $ | 125 |
| | | | | | | | |
| **Grand Total** | | | | $ | 1,560,000 | $ | 750 |

**Replication Cost Range:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Work Time In months | 36 | | $ | 4,680,000 | $ | 468,000 |
| Work Time In months | 48 | | $ | 6,240,000 | $ | 624,000 |

**Ongoing Maintenance Cost:**

| | Effective Count | Incremental Cost |
|---|---|---|
| Quant Associate | 1.00 | 8% |
| User VP | 0.33 | 33% |
| | | |
| Aggregate | | 10% |

## EXHIBIT 2.  PAUWELS INVOICES SUMMARY

| AP PDF Invoice | Date | Amount GBP | Timesheet | |
|---|---|---|---|---|
| PAUWELS_000256 | 2/5/2014 | 38,500.00 | PAUWELS_000304 | |
| PAUWELS_000278 | 3/17/2014 | 12,375.00 | PAUWELS_000300 | |
| PAUWELS_000263 | 4/7/2014 | 49,500.00 | PAUWELS_000314 | |
| PAUWELS_000258 | 6/5/2014 | 60,500.00 | PAUWELS_000291 | |
| PAUWELS_000276 | 7/15/2014 | 59,141.00 | PAUWELS_000310 | |
| PAUWELS_000271 | 8/13/2014 | 52,178.74 | PAUWELS_000307 | |
| PAUWELS_000270 | 11/12/2014 | 55,275.00 | PAUWELS_000292 | |
| PAUWELS_000261 | 1/6/2015 | 51,700.00 | PAUWELS_000325 | |
| PAUWELS_000257 | 2/5/2015 | 40,425.00 | PAUWELS_000322 | |
| PAUWELS_000250 | 3/2/2015 | 73,150.00 | PAUWELS_000319 | |
| PAUWELS_000252 | 4/3/2015 | 88,000.00 | PAUWELS_000295 | |
| PAUWELS_000262 | 7/6/2015 | 25,450.00 | PAUWELS_000305 | |
| PAUWELS_000277 | 7/15/2015 | 25,781.00 | PAUWELS_000315 | |
| PAUWELS_000264 | 8/7/2015 | 27,512.00 | PAUWELS_000290 | |
| PAUWELS_000274 | 8/14/2015 | 42,800.00 | PAUWELS_000317 | |
| PAUWELS_000269 | 11/9/2015 | 40,150.00 | PAUWELS_000311 | |
| PAUWELS_000265 | 12/7/2015 | 33,550.00 | PAUWELS_000308 | |
| PAUWELS_000272 | 1/13/2016 | 37,525.00 | PAUWELS_000293 | |
| PAUWELS_000284 | 2/26/2016 | 51,325.00 | PAUWELS_000326 | |
| PAUWELS_000285 | 4/29/2016 | 49,400.00 | PAUWELS_000330 | |
| PAUWELS_000288 | 5/31/2016 | 60,375.00 | PAUWELS_000329 | |
| PAUWELS_000266 | 7/8/2016 | 69,850.00 | PAUWELS_000296 | |
| PAUWELS_000275 | 8/14/2016 | 46,825.00 | PAUWELS_000299 | |
| PAUWELS_000282 | 8/23/2016 | 33,300.00 | PAUWELS_000301 | |
| PAUWELS_000283 | 11/25/2016 | 28,500.00 | PAUWELS_000313 | |
| PAUWELS_000287 | 12/30/2016 | 73,175.00 | PAUWELS_000289 & PAUWELS_000318 | |
| PAUWELS_000279 | 1/18/2017 | 73,225.00 | PAUWELS_000312 & PAUWELS_000309 | |
| PAUWELS_000253 | 3/3/2017 | 91,700.00 | PAUWELS_000294 & PAUWELS_000327 | |
| PAUWELS_000273 | 3/13/2017 | 79,750.00 | PAUWELS_000323 | |
| PAUWELS_000281 | 3/22/2017 | 79,475.00 | PAUWELS_000320 | |
| PAUWELS_000286 | 3/29/2017 | 84,700.00 | PAUWELS_000297 | |
| PAUWELS_000260 | 12/6/2017 | 42,590.00 | PAUWELS_000302 | |
| PAUWELS_000268 | 1/9/2018 | 92,800.00 | PAUWELS_000316 | |
| PAUWELS_000280 | 2/20/2018 | 89,405.00 | PAUWELS_000306 | |
| PAUWELS_000251 | 2/28/2018 | 65,295.00 | PAUWELS_000328 | |
| PAUWELS_000254 | 2/28/2018 | 67,405.00 | PAUWELS_000324 | |
| PAUWELS_000255 | 2/28/2018 | 58,000.00 | PAUWELS_000321 | |
| PAUWELS_000259 | 2/28/2018 | 48,720.00 | PAUWELS_000298 | |
| PAUWELS_000267 | 6/27/2018 | 8,060.00 | PAUWELS_000303 | |
| | | | | |
| **Total** | | **2,107,387.74** | | |

## EXHIBIT 3. BNY_0000000386
*See Native File (Excel)*