UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRÉ PAUWELS,

                Plaintiff,

        v.

THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, DELOITTE LLP, DELOITTE USA LLP, and DELOITTE TAX LLP,

                Defendants.

19-CV-2313 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument on Defendants' Motion to Strike the Report and Preclude the Testimony of Slim Bentami is scheduled for October 20, 2025 at 12:00 p.m.  Dkt. 199, 203, 204.  Given that Defendants' Motion to Strike and Plaintiff's motion for a jury trial, Dkt. 188, raise common issues regarding the remedies available to Plaintiff for his unjust enrichment claim, the parties should be prepared to argue both motions on October 20th.  The Court anticipates that it will issue its rulings on both motions shortly after oral argument.

SO ORDERED.

Dated:    October 15, 2025
             New York, New York

                                                                                      Ronnie Abrams
                                                                                       United States District Judge