UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE PAUWELS,

                Plaintiff,

         v.

BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, DELOITTE LLP, DELOITTE USA LLP, and DELOITTE TAX LLP,

                Defendants.

No. 19-CV-2313

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated in an opinion and order to be filed shortly, the Court has determined that Pauwels is entitled to a jury trial on his claim of unjust enrichment. In light of various scheduling issues, including the Veterans Day holiday on which the Court is closed, trial shall begin on Wednesday, November 12, 2025, at 10:00 a.m.

SO ORDERED.

Dated:    October 24, 2025
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge