UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRÉ PAUWELS,

                Plaintiff,

      v.

BANK OF NEW YORK MELLON CORPORATION, and THE BANK OF NEW YORK MELLON,

                Defendants.

19-CV-2313 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has just come to the Court's attention that BNY is a client of my husband's (who is a partner at Davis Polk) on a matter unrelated to the instant one before me.  If either party has an objection to the Court presiding over this case going forward, it shall advise the Court no later than November 11, 2025 at 12 p.m.  If no objection is made, it will be deemed waived.

SO ORDERED.

Dated:    November 9, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge