UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE PAUWELS,<br><br>       Plaintiff,<br><br>   v.<br><br>BANK OF NEW YORK MELLON CORPORATION and THE BANK OF NEW YORK MELLON,<br><br>       Defendants. | No. 19-CV-2313 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  After a five-day trial, the jury found in favor of defendants, Bank of New York Mellon Corporation and The Bank of New York Mellon. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

1. Court Exhibit 1: *Voir Dire* Questionnaire
2. Court Exhibit 2: Draft Jury Charges Discussed at Charge Conference
3. Court Exhibit 3: Jury Charge Provided to Jury
4. Court Exhibit 4: Jury Note
5. Court Exhibit 5: Verdict Sheet

SO ORDERED.

Dated: November 20, 2025
     New York, New York

                            _____
                            Ronnie Abrams
                            United States District Judge