Court Ex 4

We have reached a verdict.

11/19/2025
3:25 pm