Court Ex 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
ANDRÉ PAUWELS,                       :
                                     :
                                     :
              Plaintiff,             :
                                     :        Voir Dire Questionnaire
      v.                             :
                                     :        No. 19-CV-2313 (RA)
                                     :
BANK OF NEW YORK MELLON              :
CORPORATION, and THE BANK OF NEW     :        November 12, 2025
YORK MELLON,                         :
                                     :
                                     :
              Defendants.            :
------------------------------------ X
```

## DESCRIPTION OF THE CASE

This lawsuit arises from a disagreement between an independent contractor and his former client. Plaintiff André Pauwels contends that he developed a proprietary financial model—which he calls the "Pauwels Model"—as part of his work for the defendants, the Bank of New York Corporation and the Bank of New York Mellon. Pauwels alleges that, contrary to the parties' understanding, the defendants continued using and deriving value from his work product after they ended their relationship with him.

In particular, Pauwels alleges that the defendants never paid him for the ownership or use of the Pauwels Model by the defendants or any of the defendants' vendors or contractors, even though he expressly instructed them that they were not to use it for themselves. As a result, Pauwels alleges that the defendants were "unjustly enriched" at his expense. The defendants deny those contentions and insist that Pauwels was paid for the right to use the Pauwels Model as they wished after the end of the parties' relationship, such that there is no basis for Pauwels's claim. Defendants also contend that they did not use the Pauwels model after Pauwels stopped doing work for BNY.

You will need to determine whether the defendants received a benefit, at Pauwels's expense, that would be unjust or inequitable for the defendants to retain, and if so, the value of that benefit.

## QUESTIONS FOR JURORS

Please indicate if your answer to any of the following questions is "**yes**" by circling the number of that question and informing the Court when asked. If your answer to a question is "**no**," you need not do anything. Do not write your name or make any other marks on the questionnaire. If, when asked about a "**yes**" answer, you prefer not to explain your answer in open court, please say so and we will talk in a more private setting.

I.  **General Questions**

1. Based on my summary, do you have any personal knowledge of the facts or allegations in this case?

2. Have you heard, read, or seen anything through the media, internet, or any other source about this case? If so, what, and would it prevent you from rendering a fair and impartial verdict in this case?

3. Based on what you have been told about this case so far, do you have any opinion as to whether the Bank of New York Mellon Corporation and the Bank of New York Mellon should be held liable for the allegations against them?

4. Do you have any opinions regarding the nature of the allegations that may prevent you from being a fair and impartial juror?

5. This trial is expected to last approximately five days, other than Friday. The jury will typically sit from 10:00 a.m. to 5:00 p.m., beginning today through the conclusion of the trial. Do you have any physical problem, disability, medical issue, or other personal or emotional hardship that may distract you or otherwise interfere with your ability to serve on the jury in this case?

6. Do you have any difficulty reading or understanding English?

7. Do you have any difficulty with your vision or hearing that could affect your ability to serve as a juror?

8. Are you taking any medication that may prevent you from giving your full attention to the trial?

9. Is there any other reason why you may not be able to give your full attention to the trial, or serve responsibly as a juror?

II.  **Knowledge of the Parties, Counsel, and Court Staff**

10. Do you know me, Judge Ronnie Abrams; my courtroom deputy, Allison Fabiani; or my law clerks, Braden Currey and Ben Waldman?

11. The plaintiff in this case is André Pauwels. Do you or, to your knowledge, do any of your family members or close friends know André Pauwels or anyone close to him?

12. The defendants in this case are the Bank of New York Mellon Corporation and The Bank Of New York Mellon, which I will refer to collectively as "BNY," though the parties may choose to call them "Bank of New York Mellon" or "BNYM" as well. BNY is a bank that is headquartered in New York. Have you, or to your knowledge,

    have any of your family members or close friends, ever been employed by or otherwise affiliated with BNY?

13. Do you have any opinion about BNY?

14. Do you have an account or maintain deposits at BNY, have you borrowed money from BNY, or do you have any kind of relationship with BNY?

15. Do you, or to your knowledge, do any of your family members or close friends, have any strong feelings about large banks or financial institutions that could affect your ability to be fair and impartial in this case?

16. Do you follow the plaintiff or the defendants on any social media or other platform?

17. BNY is a bank and Mr. Pauwels is an individual, but both are considered to be equal under the law and entitled to the same fair treatment. Do any of you have problems or concerns with that? Would you have any difficulty treating BNY and Mr. Pauwels the same way, without favoring one or the other?

18. The parties in this case are being represented by the following law firms and attorneys: Joshua Schiller and Benjamin Margulis of Boies Schiller Flexner LLP represent Pauwels; Michael L. Banks, Keri L. Engelman, and Elisa C. Egonu of Morgan, Lewis & Bockius LLP represent the Bank of New York Mellon.

    Have you or, to your knowledge, have any of your family members or close friends ever been employed by or had any relationship with any of these attorneys or their law firms? Are you familiar with any of these lawyers or the firms?

19. Do you personally know any of the following individuals who may be witnesses or referenced during the trial?

    (a) André Pauwels
    (b) Reza Sarmasti
    (c) Laura Hegedus
    (d) Martin Ruckel
    (e) Amit Agarwal
    (f) David Schwartz

20. As you look around the room, do you recognize anyone else you know?

### III. Experience with the Courts, Jury Service, and Legal Education

21. Have you ever taken legal courses of any kind?

22. Have you ever served on a jury? How many times? For each case, please explain if it was a civil or criminal case, in federal or state court, and if you reached a verdict (without disclosing what that verdict was).

3

23. Have you or, to your knowledge, have any of your family members or close friends, ever been involved in any lawsuit, either as the party filing the lawsuit, the party being sued, or as a witness? If so, please explain what kind of case it was and what the outcome was.

24. Have you, or to your knowledge, have any of your family members or close friends, ever been a witness at a deposition or administrative hearing in any type of case?

25. Have you or, to your knowledge, have any of your family members or close friends, ever retained an attorney?

26. Do you have any opinions, positive or negative, about lawyers, judges, or the courts, that may prevent you from being a fair and impartial juror in this case?

27. Do you follow, or have you followed, any legal trials?

IV. **Relevant Experience and Attitudes**

28. Have you, or to your knowledge, have any of your family members or close friends, ever had a dispute with a bank, accounting firm, or investment firm?

29. Have you, or to your knowledge, have any of your family members or close friends, ever worked as an accountant or other tax professional?

30. Have you, or to your knowledge, have any of your family members or close friends ever worked for or with an accounting, consulting or auditing firm, such as Deloitte, PricewaterhouseCoopers ("PwC"), Ernst & Young ("EY"), or KPMG?

31. Have you, or to your knowledge, have any of your family members or close friends, ever worked in a job or provided services that required familiarity with tax credits, tax deductions, auditing, financial modeling, or investment analysis?

32. Do you have, or to your knowledge, do any of your family members or close friends, have, any experience or familiarity with investments in alternative or renewable energy sources, such as wind farms or wind energy projects?

33. Do you, or to your knowledge, do any of your family members or close friends, have any strong feelings about wind energy that could affect your ability to be fair and impartial in this case?

34. Do you have any experience or familiarity with software applications, such as Microsoft Excel, which are used to create spreadsheets or to perform financial modeling?

4

35. Have you, or to your knowledge, have any of your family members or close friends, ever had a dispute with an employer or client regarding ownership over work you created?

36. Have you, or to your knowledge, have any of your family members or close friends, ever been paid to work for or provide services to an individual or corporation without a written contract or employment agreement?

37. Do you believe that simply because someone brings a lawsuit or claims against an individual or a company that it must mean the person deserves to recover money?

38. Do you have any problem with the concept that a person who brings a lawsuit is entitled to damages only if that person proves his or her case?

39. On the other hand, if a person does prove his or her case and is entitled to damages, is there any reason you would be hesitant to find in their favor?

V.   **Function of the Jury/Summary Questions**

40. The function of the jury is to decide questions of fact. However, when it comes to the law, you must listen to my instructions and accept and apply the law as I explain it. You may not substitute your own notions of what the law is or what you think it should be. Might you have any difficulty following, or do you have any strongly held opinions that may prevent you from following, this instruction?

41. Do you have any bias, sympathy, religious issue, or any other concern that may prevent you from rendering a fair and impartial verdict in this case? If you did feel some sympathy for one of the parties, would you have trouble putting aside those emotions and deciding the case solely on the facts, and on the law as I explain it to you?

42. It would be improper for you to consider any personal feelings you may have about the parties' race, religion, national origin, gender, age, sexual orientation, disability, or physical appearance, including in assessing the credibility of witnesses. Would you have any difficulty following that instruction?

43. Do you know of any other reason that would prevent you from fairly considering the evidence in this case and reaching an impartial result?

44. Aside from the questions that have already been asked, is there anything else you believe that this Court, the plaintiff, or the defendants might want to know in deciding whether you should be selected to serve as a juror in this case?

VI. **Questions for Individual Jurors**

1. What neighborhood do you live in? (If fewer than five years, state where else you have lived in the last five years.)

2. How far did you go in school and what did you study?

3. If you are employed, who is your employer? (If retired or unemployed, for whom did you last work?)

4. What is your job title and what are your responsibilities?

5. How long have you been employed in your current position? (If fewer than five years, where else have you worked in the last five years?)

6. Who are the members of your household and what are their occupations?

7. What is your marital status?

8. Do you have children, and, if so, how old are they? (If you have grown children, what are their occupations?)

9. How do you get your news?

10. What, if anything, do you enjoy reading?

11. What types of music, if any, do you enjoy listening to?

12. Do you have any favorite musical artists?

13. What, if any, television shows do you watch on a regular basis?

14. What, if any, talk radio programs or podcasts do you listen to?

15. What, if any, websites or social media platforms do you use on a regular basis?

16. Are you a member of any organizations?

17. What do you like to do in your spare time?

18. Name a public person, dead or alive, other than a relative, friend, or associate, whom you admire.