UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRÉ PAUWELS

    *Plaintiff,*

v.

THE BANK OF NEW YORK MELLON
CORPORATION, and THE BANK OF NEW
YORK MELLON,

    *Defendants.*

**VERDICT SHEET**

No. 19-CV-2313 (RA)

---

**Please answer the questions in the order they are presented.**
**All jurors must agree on the answers to all of the questions.**

### Question 1

Do you find that Mr. Pauwels has proven his claim of unjust enrichment against BNY by a preponderance of the evidence?

_____          ___X___
     **YES**                                        **NO**

*If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed no further. Sign this Verdict Form and submit it.*

### Question 2

Do you find that BNY has proven its affirmative contractual defense by a preponderance of the evidence?

_____          _____
     **YES**                                        **NO**

*If you answered "No" to Question 2, please proceed to Question 3. If you answered "Yes" to Question 2, please proceed no further. Sign this Verdict Form and submit it.*

**Question 3**

If you answered "Yes" to Question 1 and "No" to Question 2, what amount of damages do you find should be awarded to Mr. Pauwels on his claim for unjust enrichment?

ANSWER: $ _____

*Please proceed to Question 4.*

**Question 4**

What is the date on which Defendants were unjustly enriched?

ANSWER: _____

*Please sign this Verdict Form and submit it.*

**You are finished. The foreperson shall sign her name in the space provided below, fill in the date, and inform the marshal that the jury has reached a verdict.**

_____
Foreperson

**Dated:** November 19, 2025.