**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDRE PAUWELS,

                        Plaintiff,                      19 **CIVIL** 2313 (RA)

     -against-                                   **JUDGMENT**

THE BANK OF NEW YORK MELLON
CORPORATION, and THE BANK OF
NEW YORK MELLON,

                      Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Ronnie Abrams, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
            November 24, 2025

TAMMI M. HELLWIG
Clerk of Court

**So Ordered:**

BY: *K. Mango*

_____
U.S.D.J.

_____
Deputy Clerk