# Morgan Lewis

**Michael L. Banks**
Partner
+1.215.963.5387
michael.banks@morganlewis.com

November 24, 2025

> Application granted.
> Defendants shall identify proposed redactions to the exhibits and trial transcript, subject to the Court's approval.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> November 25, 2025

**VIA ECF**

Judge Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Case No. 1:19-cv-02313
      <u>Pauwels v. The Bank of New York Mellon Corp., The Bank of New York Mellon</u>

Dear Judge Abrams:

We write to request an opportunity to propose limited redactions of any portions of the trial transcripts or documents admitted into evidence at trial, to the extent such materials will be made available on the public docket, that would reveal the identities of non-party sponsors or co-investors.

Earlier in this case, the Court granted a motion to seal certain portions of the record that would disclose the identity of non-party investment sponsors and co-investors. *See* Docket 167 and 177. BNY is subject to confidentiality agreements with those non-parties, and it is concerned that a disclosure of their identities may not be in the interest of those non-parties and would potentially result in the Bank being in breach of its contractual obligations.

Now that the proceedings have concluded, we respectfully request that we address the confidentiality concerns which were raised earlier in the case, and which this Court found to be reasonable. If this is acceptable, we will identify the exhibits and proposed redactions that we would ask to be part of the sealed record. As for trial testimony and arguments by counsel, we do not know whether the transcripts will be part of what is publicly available. If so, we would ask that we also have an opportunity to redact the portions of the transcripts that would reveal the names of sponsors/co-investors.

We appreciate Your Honor's consideration of this request.

**Morgan, Lewis & Bockius LLP**

2222 Market Street
Philadelphia, PA  19103-3007    T +1.215.963.5000
United States                   F +1.215.963.5001

Judge Ronnie Abrams
November 24, 2025
Page 2

Respectfully submitted,

*/s/ Michael L. Banks*
Michael L. Banks

MLB